UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CALANDRA EBERHARDT and LOUIS BUSHAW, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NEWSWEEK LLC,<br><br>　　　　　　　　Defendant. | Case No. 21-cv-12849-GCS-EAS |

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs Calandra Eberhardt and Louis Bushaw ("Plaintiffs") and Defendant Newsweek LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiffs' claims with prejudice. Accordingly, Plaintiffs hereby voluntarily dismiss their claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: August 11, 2022

By:       /s Philip L. Fraietta
One of Plaintiff's Attorneys

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

E. Powell Miller (P39487)
epm@millerlawpc.com
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

Dated: August 11, 2022

By: */s/ Christopher G. Dean (w/ permission)*
One of Defendant's Attorneys

Michael G. Latiff (P51263)

2

McDONALD HOPKINS PLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
248-220-1351
mlatiff@mcdonaldhopkins.com

Christopher G. Dean (IL Bar # 6292676)
(Admitted USDC-MIED 3/23/16)
McDONALD HOPKINS PLC
300 North LaSalle, Suite 1400
Chicago, IL 60651
312-208-0111
cdean@mcdonaldhopkins.com

*Attorneys for Defendant*